FILED ___ ENTERED
___ LODGED ___ RECEIVED

NOV 03 2009 LK

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
                              DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| JOSEPH ANDREW HYLKEMA, a single man,<br><br>Plaintiff<br>v.<br><br>MERCHANTS CREDIT CORPORATION d/b/a MERCHANTS CREDIT ASSOCIATION, a Washington corporation; JANE DOE ADAMS and JOHN DOE ADAMS, individually and the marital community thereof,<br><br>Defendants | No. **C09-1572** TSZ<br><br>COMPLAINT<br><br>09-CV-01572-CMP |

COMES NOW the Plaintiff who, for causes of action set forth below, hereby sues defendants above-named (collectively referred to as "Defendant" herein) and for his complaint alleges the following:

**1. NATURE OF ACTION**

1.1. This is an action for damages for violations of the Fair Debt Collection Practices Act ("FDCPA"), 15 USC § 1692 et seq. Plaintiff brings this action in the capacity of a private

COMPLAINT - 1

JOSEPH ANDREW HYLKEMA
477 PEACE PORTAL DRIVE #107-244
BLAINE, WA 98230
(206) 202-4530
EMAIL: HYLKEMAJ@ISOMEDIA.COM

attorney general to impose strict liability upon all defendants and each of them individually for their violations of the FDCPA.

## 2. JURISDICTION AND VENUE

2.1. Jurisdiction arises under 28 U.S.C. §§ 1331, 1337(a), and 15 U.S.C. § 1692k(d).  Venue is proper in this Court as Defendant transacts business here and the conduct complained of occurred here.

## 3. PARTIES AND BACKGROUND

3.1. Plaintiff is a *sui juris* adult who has been the subject of Defendant's debt collection activities that took place within this District and has been damaged thereby.

3.2. Defendant MERCHANTS CREDIT CORPORATION ("MCC") d/b/a MERCHANTS CREDIT ASSOCIATION, is a Washington corporation. MCC's offices and principal place of business are located at 2245 152nd Avenue NE, Redmond, WA 98052.  MCC is authorized to do business in the state of Washington through its registered agent, one David W. Quigley, located at that address.

3.3. Defendant Jane Doe ADAMS, sued herein in her individual capacity, is a *sui juris* adult and at all times relevant herein was an employee of defendant MCC.  Defendant John Doe ADAMS is the spouse of defendant Jane Doe ADAMS and is sued herein in his community capacity.

3.4. Defendant MCC's principal business purpose is the collection of debts.  Defendant MCC, and Defendant Jane Doe

COMPLAINT - 2

JOSEPH ANDREW HYLKEMA
477 PEACE PORTAL DRIVE #107-244
BLAINE, WA 98230
(206) 202-4530
EMAIL: HYLKEMAJ@ISOMEDIA.COM

1  ADAMS on its behalf, regularly attempts to collect debts
2  asserted to be owed or due another using the telephone, mails
3  and other instrumentalities of interstate commerce and did so
4  attempt to collect the Alleged Indebtedness from Plaintiff.
5  3.5. Upon information and belief, "Mrs. Adams," the name used by
6  Defendant Jane Doe ADAMS, is not her true name but is a
7  pseudonym (in industry parlance, a "desk name") used while
8  attempting to collect debts. Plaintiff therefore does not
9  definitively know the true identities of the ADAMS Defendants at
10 this time and they are therefore sued herein by such fictitious
11 names. Plaintiff will ascertain the true identity of the ADAMS
12 Defendants and will amend this Complaint to reflect the same.
13 3.6. All of Defendant Jane Doe ADAMS' conduct complained of
14 herein was done on behalf of, and in furtherance of, the marital
15 community formed by her and her spouse, Defendant John Doe
16 ADAMS.
17 3.7. Defendant Jane Doe ADAMS was hired, trained, and supervised
18 using MCC's methods, materials, and personnel. All of Defendant
19 Jane Doe ADAMS' conduct complained of herein was done with MCC's
20 full knowledge, consent, and support; was within the course and
21 scope of her employment with MCC and was done in furtherance of
22 MCC's business.
23 3.8. MCC is the assignee of Plaintiff's alleged obligations to
24 pay money to non-parties for medical treatment (the "Alleged

JOSEPH ANDREW HYLKEMA
477 PEACE PORTAL DRIVE #107-244
BLAINE, WA 98230
(206) 202-4530
EMAIL: HYLKEMAJ@ISOMEDIA.COM

1  Indebtedness"). The Alleged Indebtedness arose out of
2  transactions primarily for personal, family or household
3  purposes.

4  **4. STATEMENT OF FACTS**

5  4.1. Defendant has attempted to collect the Alleged Indebtedness
6  through a campaign of phone calls and voice mail messages.
7  4.2. Defendant's campaign began on November 24th, 2008. On that
8  date at approximately 2:43 P.M., Defendant ADAMS left a message
9  on Plaintiff's voice mail. A true and correct copy of said
10 message accompanies this Complaint on a CD-ROM as Audio Exhibit
11 1.
12 4.3. Defendant's message failed to provide reasonable disclosure
13 of the caller's identity and failed to disclose that the call
14 was from a debt collector.
15 4.4. On or about October 21st, 2009, Plaintiff called the number
16 left by Defendant ADAMS and spoke with her. A true, correct and
17 complete recording of said call accompanies this complaint on a
18 CD-ROM as Audio Exhibit 2.
19 4.5. In the call, Defendant ADAMS made numerous statements and
20 threats about the Alleged Indebtedness that were misleading and
21 false and that would tend to mislead the least sophisticated
22 consumer. More specifically, Defendant ADAMS, *inter alia*:
23 4.5.1. Referred to the Alleged Indebtedness as "legal claims
24 being filed here in our office,"

COMPLAINT - 4

JOSEPH ANDREW HYLKEMA
477 PEACE PORTAL DRIVE #107-244
BLAINE, WA 98230
(206) 202-4530
EMAIL: HYLKEMAJ@ISOMEDIA.COM

4.5.2. Repeatedly threatened to sue Plaintiff by saying the Alleged Indebtedness was going to be an "involuntary collection item" if Plaintiff did not immediately pay the balance in full, because Plaintiff refused to answer her intrusive questions about his occupation and place of employment and falsely stated, "there might come a time that you have to appear in court and answer these questions under oath,"

4.5.3. Stated and/or implied that Plaintiff had a legal obligation to answer her questions, and

4.5.4. Threatened to have "our attorney handle this" to "file a lawsuit against you to secure the [Alleged Indebtedness]."

4.6. All of Defendant's threats were false. Defendant did not intend to take any of the threatened against Plaintiff because, *inter alia*, at the time the threats were made, Defendant did not have Plaintiff's true address for service of process, much less any information to suggest that Plaintiff had any wages that could be garnished or assets that could be seized.

4.7. Further, despite Defendant's statements to the contrary, Plaintiff was under no legal obligation to answer any of Defendant's questions or to cooperate in any way whatsoever.

4.8. Defendant's conduct herein was persistent, deliberate, and in bad faith.

4.9. As a direct and proximate result of Defendant's conduct herein, Plaintiff has suffered damages.

COMPLAINT - 5

JOSEPH ANDREW HYLKEMA
477 PEACE PORTAL DRIVE #107-244
BLAINE, WA 98230
(206) 202-4530
EMAIL: HYLKEMAJ@ISOMEDIA.COM

**5. FIRST CAUSE OF ACTION – VIOLATION OF 15 U.S.C. § 1692d(6)**

5.1. Defendant has placed telephone calls to Plaintiff without meaningful disclosure of the caller's identity as required. *See, inter alia, Hosseinzadeh v. M.R.S. Associates, Inc.*, 387 F.Supp.2d 1104, 1116 (C.D.Cal. 2005).

**6. SECOND CAUSE OF ACTION – VIOLATION OF 15 U.S.C. § 1692e(2)(A)**

6.1. Defendant's characterization of the Alleged Indebtedness as a "legal claim being filed here in our office" constituted a false statement of its character and/or legal status.

**7. THIRD CAUSE OF ACTION – VIOLATION OF 15 U.S.C. § 1692e(5)**

7.1. Defendant's threats to sue Plaintiff, when in fact such action could not legally be taken or was not intended to be taken, were attempts to collect the Alleged Indebtedness through false or misleading representations and means.

**8. FOURTH CAUSE OF ACTION – VIOLATION OF 15 U.S.C. § 1692e(10)**

8.1. Defendant has attempted to collect the Alleged Indebtedness and has attempted to obtain information concerning Plaintiff through repeated false, misleading or deceptive representations and means, including:

8.1.1. Failure to identify itself as a debt collector in its phone calls,

8.1.2. Placement of telephone calls without meaningful disclosure of the caller's identity,

8.1.3. Falsely threatening legal action that Defendant had no

JOSEPH ANDREW HYLKEMA
477 PEACE PORTAL DRIVE #107-244
BLAINE, WA 98230
(206) 202-4530
EMAIL: HYLKEMAJ@ISOMEDIA.COM

1 | intention of carrying out,

2 | 8.1.4. Falsely stating and/or implying that Plaintiff would or
3 | could be sued because he failed or refused to answer Defendant's
4 | questions, and

5 | 8.1.5. Falsely stating and/or implying that Plaintiff was under a
6 | legal obligation to answer Defendant's questions or to otherwise
7 | cooperate in any way with it.

**9. FIFTH CAUSE OF ACTION – VIOLATION OF 15 U.S.C. § 1692e(11)**

9.1. Defendant has failed to disclose that its phone calls were from a debt collector as required. *See, inter alia, Foti v. NCO Fin. Sys., Inc.*, 424 F. Supp. 2d 643, 669 (S.D.N.Y. 2006).

**10. NO *BONA FIDE* ERROR DEFENSE**

10.1. To the extent that any violations of the FDCPA complained of herein were not intentional, any such errors were errors of law that are not excused by the *bona fide* error defense. Further, Defendant failed to maintain procedures reasonably adapted to avoid such errors. *See Baker v. GC Services, Inc.*, 677 F.2d 775, 779 (9th Cir. 1982). Thus, the 15 U.S.C. § 1692k(d) *bona fide* error defense does not apply.

**11. PRAYER FOR RELIEF**

11.1. WHEREFORE, Plaintiff respectfully prays the Court enter judgment against Defendants, and each of them jointly and severally, as follows:

11.1.1. For the maximum statutory damages permitted under the

JOSEPH ANDREW HYLKEMA
477 PEACE PORTAL DRIVE #107-244
BLAINE, WA 98230
(206) 202-4530
EMAIL: HYLKEMAJ@ISOMEDIA.COM

1 | FDCPA,

2 | 11.1.2. For costs and fees of the suit, including reasonable

3 | attorney fees in the event that Plaintiff instructs counsel

4 | herein or to enforce any judgment entered herein in this or any

5 | foreign jurisdiction, and

6 | 11.1.3. For such other and further relief and the Court may deem

7 | just, proper and equitable.

8 | DATED: November 3, 2009

9 | S/Joseph A. Hylkema
JOSEPH ANDREW HYLKEMA
10 | WSBA: N/A
Plaintiff pro se

COMPLAINT - 8

JOSEPH ANDREW HYLKEMA
477 PEACE PORTAL DRIVE #107-244
BLAINE, WA 98230
(206) 202-4530
EMAIL: HYLKEMAJ@ISOMEDIA.COM